UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER RENE AYERS,

            Plaintiff,

    v.

HENRI RICHARDS, *et al*,

            Defendants.

Case No. C06-05264RBL-KLS

ORDER REGARDING SERVICE OF COMPLAINT BY UNITED STATES MARSHALS

    This matter comes before the court on plaintiff's filing of a motion to obtain the home addresses of the named defendants in this case. (Dkt. #10). Plaintiff's motion hereby is DENIED for the following reasons:

    On August 21, 2006, the Court issued an order directing service by the United States Marshal to serve on the named defendants the forms for service and copies of the complaint provided by plaintiff. (Dkt. #13). The United States Marshal attempted service via the United States mail on September 1, 2006, but service of the summons and complaint was returned un-executed on September 13, 2006, due to the fact that plaintiff had provided the incorrect address.

    The Court subsequently was informed by the Clerk that plaintiff already has been notified as to the

ORDER
Page - 1

correct address for service of the summons and complaint on defendants at the Special Commitment Center. Accordingly, the Court will not grant plaintiff's request to obtain the named defendants' home addresses, nor will the Court otherwise order service of the complaint at this time.

Instead, the Clerk is directed to send **five (5)** service forms to plaintiff for him to fill out with the correct service address and return to the Court so that the Court can attempt service by mail. Plaintiff also must provide **five (5)** additional copies of the complaint for service. Both the forms and the copies of the complaint must be returned on or before **December 7, 2006**, or the Court will recommend dismissal for failure to prosecute.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 7th day of November, 2006.

Karen L. Strombom
United States Magistrate Judge