UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER RENE AYERS,

        Plaintiff,

    v.

HENRI RICHARDS, *et al*,

        Defendants.

Case No.  C06-05264RBL-KLS

SECOND ORDER REGARDING SERVICE OF COMPLAINT BY UNITED STATES MARSHALS

       This matter comes before the Court on plaintiff's response to the Court's order regarding service of complaint by United States Marshals. (Dkt. #20).

       On August 21, 2006, the Court issued an order directing service by the United States Marshal to serve on the named defendants the forms for service and copies of the complaint provided by plaintiff. (Dkt. #13). The United States Marshal attempted service via the United States mail on September 1, 2006, but service of the summons and complaint was returned un-executed on September 13, 2006, due to the fact that plaintiff had provided the incorrect address.

       The Court subsequently was informed by the Clerk that plaintiff already had been notified as to the

ORDER
Page - 1

correct address for service of the summons and complaint on defendants at the Special Commitment Center. The Court, therefore, denied plaintiff's request to obtain the named defendants' home addresses. In addition, the Court directed plaintiff to submit five (5) service forms filled out with the correct service address and five (5) additional copies of the complaint for service.

Plaintiff returned five service forms and five copies of the complaint for service, but again set forth the incorrect service address, specifically the incorrect post office box number. The correct post office box number is: P.O. Box 88600. While the Court did not state the correct post office box number plaintiff should use in its prior order, it does so now. Accordingly, the Clerk is directed to send an additional **five (5)** service forms to plaintiff for him to fill out **with the correct service address, using the above noted post office box number**, and return to the Court so that service by mail can be attempted. Plaintiff also shall submit **five (5)** copies of the complaint for service.

**Plaintiff is warned that this is the last opportunity he will be granted for submitting properly addressed service forms and copies of the complaint for service.** Accordingly, both the forms and the complaint copies must be returned on or before **January 18, 2007, correctly addressed using the above noted post office box number**, or the Court will recommend dismissal for failure to prosecute.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 18th day of December, 2006.

Karen L. Strombom
United States Magistrate Judge