UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER RENE AYERS,

           Plaintiff,

   v.

HENRY RICHARDS, *et al*,

           Defendants.

Case No. C06-5264RBL-KLS

ORDER DENYING PLAINTIFF'S MOTION IN REQUEST OF STATE APPOINTED COUNSEL

      This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court upon plaintiff's filing of a motion in request of state appointed counsel. (Dkt. #24). Plaintiff has been granted *in forma pauperis* status in this case. After reviewing the motion and the balance of the record, the Court finds and ORDERS as follows:

      There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. While the court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, it may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of plaintiff to articulate his claims *pro se* in light of the complexity

ORDER
Page - 1

of the legal issues involved.  Wilborn, 789 F.2d at 1331.

In his motion, plaintiff requests the Court appoint him counsel due to defendants' unfair advantage of experience in litigation, and his complete lack of knowledge and experience regarding the same.  These reasons, however, are not particular to plaintiff, but apply in general to most *pro se* prisoners.  Plaintiff, therefore, has failed to show exceptional circumstances exist in this case that would warrant appointment of counsel.  In particular, he has not demonstrated a likelihood of success on the merits or that the legal issues in this case are so complex that he will be unable to articulate his claims *pro se*.

Accordingly, plaintiff's motion in request for state appointed counsel (Dkt. #24) hereby is DENIED.

The clerk is directed to send a copy of this Order to plaintiff.

DATED this 28th day of March, 2007.

*(signature)*

Karen L. Strombom
United States Magistrate Judge