HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LENIER AYERS,<br><br>             Plaintiff,<br><br>      v.<br><br>HENRI RICHARDS,<br><br>             Defendant. | Case No. C06-5264RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's "Appeal" [Dkt. #41] of Magistrate Judge Karen L. Strombom's Order Denying Motion for Appointment of Counsel [Dkt. #38].

Having considered the entirety of the records and file herein, the Court rules as follows:

This matter has been referred to Magistrate Judge Strombom under 28 U.S.C. § 636. Under Fed. R. Civ. P. 72(a), the non-dispositive order of a magistrate judge to whom the matter has been referred for practical matters may be reviewed by the District Court upon the objection of a party. The Court construes Mr. Ayers' "appeal" in this instance to be such an objection.

Magistrate Judge Strombom correctly determined that plaintiff is not entitled to the appointment of counsel; therefore, plaintiff's "appeal"/objection is **DENIED.**

ORDER
Page - 1

1 **IT IS SO ORDERED.**

2 The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
3 pro se.

4 Dated this 3rd day of April, 2007.

```
                          _____
                          RONALD B. LEIGHTON
                          UNITED STATES DISTRICT JUDGE
```