```
FILED _____ LODGED
        RECEIVED
     AUG 30 2007
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```

06-CV-05264-ORD

The Honorable RONALD B. LEIGHTON
US Magistrate Judge KAREN L. STROMBOM

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| LENIER RENE AYERS,<br><br>                Plaintiff,<br><br>v.<br><br>HENRY RICHARDS, et al.,<br><br>                Defendants. | NO. C06-5264-RBL-KLS<br><br>**STIPULATED SETTLEMENT** |

### I.  STIPULATED SETTLEMENT

The parties agree as follows: (1) that plaintiff Lenier Ayers agrees to the dismissal of this lawsuit and waiving any right he may have to appeal; (2) that within thirty (30) days following the Court's approval of this Stipulated Settlement defendants agree to pay to the Court's Registry the sum of TWELVE THOUSAND DOLLARS ($12,000.00); (3) that plaintiff Ayers agrees to this settlement as a full and final resolution of all his claims asserted in this lawsuit; (4) that the Court may accordingly enter a consent judgment in plaintiff Ayers' favor in the amount of $12,000.00 and dismiss his claims with prejudice; that the judgment amount shall be paid by the State of Washington on behalf of all defendants; and (5) that this Stipulated Settlement and Consent Judgment does not reflect an admission of

liability by any defendant or the State of Washington; and (6) that plaintiff and defendants each shall bear their own attorneys' fees and costs incurred in this matter;

Approved:

ROBERT M. MCKENNA
Attorney General

*(signature)* Donna Hamilton        Signed: ~~July~~ August 15, 2007

DONNA J. HAMILTON, WSBA #26894
WILLIAM VAN HOOK, WSBA #33922
Assistant Attorneys General
Attorneys for Defendants

*(signature)*        Signed: ~~July~~ August 8, 2007

JAMES A. SCHOENBERGER, WSBA #33603
Attorney for Plaintiff

I agree to the terms of the settlement described above and understand that this is a final settlement of all my claims in this matter:

*(signature)* Lenier R. Ayers        Date Signed: ~~July~~ August 8TH, 2007

LENIER AYERS
Plaintiff

## II. CONSENT JUDGMENT

Based on the stipulation of the parties, it is HEREBY ORDERED: (1) that a stipulated judgment is entered in favor of plaintiff AYERS and against defendants in the amount of $12,000.00; (2) that plaintiff AYERS' claims are dismissed with prejudice; (3) that neither defendants nor plaintiff AYERS shall recover costs or interest herein; (4) that payment of the judgment amount shall be made to the Court's Registry; and (5) that upon receipt of payment, the Court shall enter a satisfaction of judgment on plaintiff AYERS' behalf.

DATED this 30th day of August, 2007

*(signature)*

HONORABLE RONALD B. LEIGHTON
United States District Court Judge

Approved as to content and presented by:
ROBERT M. MCKENNA
Attorney General

*[signature]*           Date Signed: 8/22/7

DONNA J. HAMILTON, WSBA #26894
WILLIAM VAN HOOK, WSBA #33922
Assistant Attorneys General
Attorneys for Defendants

Approved as to form and content:

*[signature]*           Signed: ~~July~~ Aug 30, 2007

JAMES A. SCHOENBERGER, WSBA #33603
Attorney for Plaintiff

DATED this ____ day of July, 2007.

ROBERT M. MCKENNA
Attorney General

_____
DONNA J. HAMILTON, WSBA #26894
WILLIAM VAN HOOK, WSBA #33922
Assistant Attorneys General
Attorneys for Defendants

STIPULATED SETTLEMENT,      3     ATTORNEY GENERAL OF WASHINGTON
CONSENT JUDGMENT                            7141 Cleanwater Dr SW
NO. C06-5264-RBL-KLS                    PO Box 40124
                                                                Olympia, WA 98504-0124
                                                                (360) 586-6565